PD-1008-15, PD-1009-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/5/2015 8:09:46 AM
Accepted 8/7/2015 9:45:23 AM
ABEL ACOSTA
CLERK

ANGELA DENISE HARDIN     §     IN THE COURT OF

VS.     §

THE STATE OF TEXAS     §     CRIMINAL APPEALS

    §     AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUGUST 7, 2015

ABEL ACOSTA, CLERK

## MOTION TO
## EXTEND TIME TO FILE APPELLANT'S
## PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's Pro Se Petition for Discretionary Review, pursuant to Rules 68.2 and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  These cases are on appeal from the 114th Judicial District Court of Smith County, Texas.

2.  The case below were styled State v. Angela Denise Hardin and numbered 114-1270-12 and 114-1217-12.

3.  Appellant was convicted of Theft of Material Alum/Bronze/Copper/Brass>$20K and Burglary of a Habitation.

4.  Appellant was assessed a sentence of two (2) years TDCJ-State Jail Facility and twenty (20) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5.  Notice of appeal was timely filed, the Court of Appeals assigned cause numbers 12-14-00180-CR and 12-14-00181-CR to the two cases.

6.  The Opinions from the Court of Appeals were issued on July 8, 2015.

7.  The Appellant's Petition for Discretionary Review is due on August 7, 2015.

8.  Appellant requests an extension of time due to the following facts and circumstances:

    Appellant is pro se in this matter and currently incarcerated in the Texas

Department of Criminal Justice - Institutional Division, assigned TDCJ # 01939128 and is listed on the TDCJ website as being housed at the Goree Unit. In compliance with TEX. R. APP. P. 48.4, counsel mailed Ms. Harding a copy of the opinion and judgment as well as information regarding her right to file a pro se petition for discretionary review.  He has already filed his compliance letter with the Court of Appeals.

 The certified mail with the opinion was received returned by the postal service and unopened by counsel on August 4, 2015 returned from the prison.  According to the notations on the envelope, the envelope was processed by the Goree Unit and forwarded to the Marlin Facility in Marlin, Texas.  There is an indication that the letter was received by the Marlin Unit and returned to sender on July 29, 2015.

Counsel has spoken with the chief of classifications at Goree and learned that Goree is a transfer facility and that most inmates are actually receiving treatment at UTMB-Galveston.  While Ms. Hardin was listed at Goree the date of the opinion, she was not there, and Goree forwarded her mail to Marlin, her regular unit.  While that occurred, Ms. Hardin was returned to Goree Unit and was not there when Marlin received the letter causing that unit to return it to counsel.

On August 4, 2015, counsel learned that Ms. Hardin will be back in her regular unit by August 7, 2015.  Counsel anticipates that the 48.4 letter and copy of he opinions and judgments in the lower court will reach her on that date.

10.  Appellant prays that this Court grant this Motion to Extend Time to File Pro Se Petition for Discretionary Review for a period of sixty (60) days, and for such

other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ James Huggler

James Huggler
100 E. Ferguson, Suite 805
Tyler, Texas 75702
903-539-2400
903-593-3830 fax
Jhugglerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2015, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/s/ James Huggler
James Huggler